**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| STEADFAST RESOURCES, LLC | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Adv. Proceeding No.:  14-04025 |
| | § | |
| KENNETH A. GOGGANS, | § | |
| RICHLAND RESOURCES CORP. | § | |
| d/b/a RRCH CORP., RICHLAND | § | |
| RESOURCES CORPORATION d/b/a | § | |
| RICHLAND INTERNATIONAL | § | |
| RESOURCES CORPORATION, | § | |
| MANEK ENERGY PRESSURE | § | |
| PUMPING, LLC, MANEK ENERGY, | § | |
| INC., MANEK EXPLORATION, INC., | § | |
| MANEK ENERGY HOLDINGS, INC., | § | |
| MANEK EQUIPMENT, INC. | § | |
| OILMAN SUPPLY CO., LLC, MAX | | § |
| ELGHANDOUR, KRISTOFFER R. | § | |
| GOGGANS, AND KIMBERLY | § | |
| GOGGANS | § | |
| | § | |
| Defendants. | § | |

**UNOPPOSED MOTION OF DEFENDANTS KENNETH GOGGANS, MAX**
**ELGHANDOUR, AND KRISTOFFER R. GOGGANS TO RESCHEDULE**
**STATUS ONFERENCE**

TO THE HONORABLE BANKRUPTCY COURT:

Kenneth Goggans, Max Elghandour and Kristoffer R. Goggans, by and through their attorney

of record, move to reschedule the status conference scheduled for May 19, 2014 at 1:30 p.m. and in

support would show the following:

1.    This case was removed to the United States Bankruptcy Court for the Northern

District of Texas by Movants and Kimberly Goggans on December 9, 2013.

2.    On April 15, 2014, the Chief Judge Barbara J. Houser transferred this case from the

Northern District of Texas to this Court.

3.      On April 16, 2014, this Court issued a notice for a status conference to be held on May 19, 2014 at 1:30 p.m.

4.      The undersigned counsel has a long-standing commitment to attend a client-related conference on May 19 and 20.  He has already purchased airline tickets for himself and his wife, made hotel reservations and paid the registration fee.

5.      The courtroom deputy clerk has advised that the next status conference date is June 9, 2014 at 1:30 p.m. The undersigned counsel has been involved in all aspects of the litigation since its removal and is the most knowledgeable counsel representing Movants regarding the substantive and procedural issues involved in this case.

6.      **The undersigned has conferred with counsel representing Kimberly Goggans and Steadfast Resources and neither of them oppose rescheduling the status conference to June 9, 2014. Both have advised that they are available on June 9.**

WHEREFORE, Movants request that the status conference scheduled for May 19, 2014 be rescheduled to June 9, 2014 at 1:30 p.m. and for such further relief as they may be entitled.

Respectfully Submitted,

/s/ Howard C. Rubin
JOSEPH O. COLLINS, JR.
Texas Bar No. 04625500
HOWARD C. RUBIN
Texas Bar No. 17361400
KESSLER & COLLINS, P.C.
2100 Ross Ave, Suite 750
Dallas, TX 75201
Phone: (214) 379-0722
Fax: (214) 373-4714
joc@kesslercollins.com
hrubin@kesslercollins.com

*COUNSEL FOR KENNETH A. GOGGANS, MAX ELGHANDOUR, KRISTOFFER R. GOGGANS*

## CERTIFICATE OF CONFERENCE

On April 16, 2014, I spoke with N. Kimberly Hoesl, counsel for Steadfast Resources and Scott D. Weber, counsel for Kimberly Goggans, and both advised that they are unopposed to the relief sought, and they would be available on June 9, 2014.

/s/Howard C. Rubin
Howard C Rubin

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF System and/or facsimile, on this the 17th day of April, 2014.

Kathleen Cynthia Pickett                      Scott D. Weber
Christopher N. Hackerman                   Calloway, Norris, Burdette & Weber, PLLC
Nancy K. Hoesl                                     3811 Turtle Creek Blvd., Suite 400
 Doyle, Restrepo, Harvin & Robbins, LLP   Dallas, Texas 75219
440 Louisiana St., Suite 2300
Houston, Texas 77002

/s/ Howard C. Rubin
Howard C. Rubin