# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| STEADFAST RESOURCES, LLC | § § § | |
| Plaintiff, | § | |
| vs. | § § | Adv. Proceeding No.: 14-04025 |
| KENNETH A. GOGGANS, RICHLAND RESOURCES CORP. d/b/a RRCH CORP., RICHLAND RESOURCES CORPORATION d/b/a RICHLAND INTERNATIONAL RESOURCES CORPORATION, MANEK ENERGY PRESSURE PUMPING, LLC, MANEK ENERGY, INC., MANEK EXPLORATION, INC., MANEK ENERGY HOLDINGS, INC., MANEK EQUIPMENT, INC. OILMAN SUPPLY CO., LLC, MAX ELGHANDOUR, KRISTOFFER R. GOGGANS, AND KIMBERLY GOGGANS | § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## NOTICE OF RESCHEDULED STATUS CONFERENCE
## AND CERTIFICATE OF SERVICE

Please note that per the Order, attached as Exhibit "A", the status conference originally scheduled for May 19, 2014 at 1:30 p.m. has been reset to June 9, 2014 at 1:30 p.m. in the Plano Bankruptcy Courtroom, 660 N. Central Expressway, Suite 300B, Plano, Texas 75074.

> Respectfully submitted,
> /s/Howard C. Rubin
> JOSEPH O. COLLINS, JR.
> Texas Bar No. 04625500
> HOWARD C. RUBIN
> Texas Bar No. 17361400
> KESSLER & COLLINS, P.C.
> 2100 Ross Ave, Suite 750
> Dallas, TX 75201
> Phone: (214) 379-0722
> Fax: (214) 373-4714
> joc@kesslercollins.com
> hrubin@kesslercollins.com
>
> *COUNSEL FOR KENNETH A. GOGGANS,*
> *MAX ELGHANDOUR, KRISTOFFER R.*
> *GOGGANS*

## CERTIFICATE OF SERVICE

I hereby certify that this Notice and Order Rescheduling the Status Conference in this case was served upon the following parties via the Court's ECF System and by first class mail, on this the 17th day of April, 2014.

Kathleen Cynthia Pickett
Christopher N. Hackerman
Nancy K. Hoesl
Doyle, Restrepo, Harvin & Robbins, LLP
440 Louisiana St., Suite 2300
Houston, Texas 77002

Scott D. Weber
Calloway, Norris, Burdette & Weber, PLLC
3811 Turtle Creek Blvd., Suite 400
Dallas, Texas 75219

> /s/ Howard C. Rubin
> Howard C. Rubin

# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEADFAST RESOURCES, LLC | § § | |
| Plaintiff, | § | |
| vs. | § | Adv. Proceeding No.: 14-04025 |
| | § | |
| KENNETH A. GOGGANS, | § | |
| RICHLAND RESOURCES CORP. | § | |
| d/b/a RRCH CORP., RICHLAND | § | |
| RESOURCES CORPORATION d/b/a | § | |
| RICHLAND INTERNATIONAL | § | |
| RESOURCES CORPORATION, | § | |
| MANEK ENERGY PRESSURE | § | |
| PUMPING, LLC, MANEK ENERGY, | § | |
| INC., MANEK EXPLORATION, INC., | § | |
| MANEK ENERGY HOLDINGS, INC., | § | |
| MANEK EQUIPMENT, INC. | § | |
| OILMAN SUPPLY CO., LLC, MAX | § | |
| ELGHANDOUR, KRISTOFFER R. | § | |
| GOGGANS, AND KIMBERLY | § | |
| GOGGANS | § § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS KENNETH
GOGGANS, MAX ELGHANDOUR, AND KRISTOFFER R. GOGGANS TO
<u>RESCHEDULE STATUS ONFERENCE</u>**

On this date the Court considered the Unopposed Motion of Kenneth Goggans, Max Elghandour and Kristopher Goggans to Reschedule the Status Conference presently set for May 19, 2014 at 1:30 P.M.

Since the motion was unopposed and all counsel can be available on June 9, 2014 at 1:30 pm., the Court determines that the motion should be granted. Therefore,

IT IS ORDERED that the status conference in this adversary proceeding set for May 19, 2014 at 1:30 p.m. is rescheduled to June 9, 2014 at 1:30 p.m. in the Plano Bankruptcy Courtroom.

Signed on 04/17/2014

*Brenda T. Rhoades*   SR

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE