# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 14−04025
Chapter: 0
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074

on 5/19/14 at 01:30 PM

to consider and act upon the following:

Status Hearing Set (RE: related document(s)4 Amended Notice of Removal Filed by Max Elghandour, Kenneth A Goggans, Kimberly Goggans, Kristoffer R Goggans, Manek Energy Holdings Inc, a Delaware Corporation, Manek Energy Inc, Manek Energy Pressure Pumping LLC, A Delaware Limited Liability Company, Manek Equipment Inc, Manek Exploration Inc, Oilman Supply Co. LLC, a Delaware Limited Liability Company, Richland International Resources Corporation, Richland Resources Corp., Richland Resources Corporation.. Hearing scheduled for 5/19/2014 at 01:30 PM at Plano Bankruptcy Courtroom. (sr)

Dated: 4/16/14

                                                         Jeanne Henderson
                                                         Clerk, U.S. Bankruptcy Court

                                                         BY:
                                                         Deputy Clerk

United States Bankruptcy Court
Eastern District of Texas

Steadfast Resources, LLC,
    Plaintiff

Adv. Proc. No. 14-04025-btr

Goggans,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0540-4      User: rascos      Page 1 of 2      Date Rcvd: Apr 16, 2014
                          Form ID: 100      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2014.
```
aty         +Nancy K. Hoesl,    Doyle, Restrepo, Harvin & Robbins LLP,    440 Louisiana St., Suite 2300,
              Houston, TX 77002-4205
dft         +Kimberly Goggans,   269 County Road 1104,    Sulphur Springs, TX 75482-7550
dft         +Manek Energy Holdings Inc, a Delaware Corporation,    PO Box 386,    Rockwall, TX 75087-0386
dft          Manek Energy Inc,   141 County Road 1104,    Sulphur Springs, TX 75482-7548
dft         +Manek Energy Pressure Pumping LLC, A Delaware Limi,    PO Box 386,    Rockwall, TX 75087-0386
dft          Manek Equipment Inc,   141 County Road 1104,    Sulphur Springs, TX 75482-7548
dft          Manek Exploration Inc,   141 County Road 1104,    Sulphur Springs, TX 75482-7548
dft         +Oilman Supply Co. LLC, a Delaware Limited Liabilit,    PO Box 386,    Rockwall, TX 75087-0386
dft         +Richland Resources Corp.,   PO Box 386,    Rockwall, TX 75087-0386
dft         +Richland Resources Corporation,   c/o Manek Energy Corporation,
              Kenneth Adam Goggan, Registered Agent,   141 County Road 1104,    Sulphur Springs, TX 75482-7548
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Apr 17 2014 01:14:52     US Trustee,
              Office of the U.S. Trustee,   110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          Kenneth A Goggans
dft          Kristoffer R Goggans
dft          Max Elghandour
dft          Richland International Resources Corporation
pla          Steadfast Resources, LLC
                                                                                   TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2014 at the address(es) listed below:
```
              Christopher Neil Hackerman    on behalf of Plaintiff    Steadfast Resources, LLC
               chackerman@drhrlaw.com
              Howard C. Rubin    on behalf of Defendant Kenneth A Goggans hrubin@kesslercollins.com,
               cn@kesslercollins.com
              Howard C. Rubin    on behalf of Defendant Kimberly   Goggans hrubin@kesslercollins.com,
               cn@kesslercollins.com
              Howard C. Rubin    on behalf of Defendant Kristoffer R Goggans hrubin@kesslercollins.com,
               cn@kesslercollins.com
              Howard C. Rubin    on behalf of Defendant Max  Elghandour hrubin@kesslercollins.com,
               cn@kesslercollins.com
              James S. Brouner    on behalf of Defendant    Manek Equipment Inc brounerj@earthlink.net
              James S. Brouner    on behalf of Defendant    Richland Resources Corp. brounerj@earthlink.net
              Jason R. Searcy    on behalf of Defendant    Richland Resources Corp. jrspc@jrsearcylaw.com,
               jsearcy@jrsearcylaw.com
              Joseph O. Collins, Jr.    on behalf of Defendant    Richland Resources Corporation
               joc@kesslercollins.com
              Joseph O. Collins, Jr.    on behalf of Defendant    Manek Equipment Inc joc@kesslercollins.com
              Joseph O. Collins, Jr.    on behalf of Defendant    Richland International Resources Corporation
               joc@kesslercollins.com
              Joseph O. Collins, Jr.    on behalf of Defendant    Manek Exploration Inc joc@kesslercollins.com
              Joseph O. Collins, Jr.    on behalf of Defendant Max  Elghandour joc@kesslercollins.com
              Joseph O. Collins, Jr.    on behalf of Defendant    Richland Resources Corp. joc@kesslercollins.com
              Joseph O. Collins, Jr.    on behalf of Defendant Kimberly   Goggans joc@kesslercollins.com
              Joseph O. Collins, Jr.    on behalf of Defendant Kenneth A Goggans joc@kesslercollins.com
```

```
District/off: 0540-4           User: rascos                Page 2 of 2                   Date Rcvd: Apr 16, 2014
                               Form ID: 100                Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph O. Collins, Jr.   on behalf of Defendant Kristoffer R Goggans joc@kesslercollins.com
        Joseph O. Collins, Jr.   on behalf of Defendant   Oilman Supply Co. LLC, a Delaware Limited Liability Company joc@kesslercollins.com
        Joseph O. Collins, Jr.   on behalf of Defendant   Manek Energy Inc joc@kesslercollins.com
        Joseph O. Collins, Jr.   on behalf of Defendant   Manek Energy Holdings Inc, a Delaware Corporation joc@kesslercollins.com
        Joseph O. Collins, Jr.   on behalf of Defendant   Manek Energy Pressure Pumping LLC, A Delaware Limited Liability Company joc@kesslercollins.com
        Kathleen Cynthia Pickett   on behalf of Plaintiff   Steadfast Resources, LLC cpickett@drhrlaw.com
        Scott D. Weber   on behalf of Defendant   Richland Resources Corp. sdweber@cnbwlaw.com
        Scott D. Weber   on behalf of Defendant   Richland Resources Corporation sdweber@cnbwlaw.com
        Scott D. Weber   on behalf of Defendant   Oilman Supply Co. LLC, a Delaware Limited Liability Company sdweber@cnbwlaw.com
        Scott D. Weber   on behalf of Defendant   Richland International Resources Corporation sdweber@cnbwlaw.com
        Scott D. Weber   on behalf of Defendant   Manek Energy Holdings Inc, a Delaware Corporation sdweber@cnbwlaw.com
        Scott D. Weber   on behalf of Defendant Kimberly  Goggans sdweber@cnbwlaw.com
        Scott D. Weber   on behalf of Defendant   Manek Energy Pressure Pumping LLC, A Delaware Limited Liability Company sdweber@cnbwlaw.com
        Scott D. Weber   on behalf of Defendant   Manek Energy Inc sdweber@cnbwlaw.com
        Scott D. Weber   on behalf of Defendant   Manek Exploration Inc sdweber@cnbwlaw.com

                                                                     TOTAL: 31